3 So.2d 141

### Frank PETERS v. STATE.

### 8 Div. 132.

Supreme Court of Alabama.

June 26, 1941.

Fred S. Parnell, of Florence, for petitioner.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Frank Peters for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Peters v. State, 3 So.2d 140.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.